UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH BAKER,

           Plaintiff,

    v.

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS,

           Defendant.

Case No. C08-5081 FDB

ORDER ADOPTING REPORT
AND RECOMMENDATION
DISMISSING COMPLAINT
WITHOUT PREJUDICE

    This matter comes before the Court on the Magistrate Judge's recommendation that Plaintiff's motion to voluntarily dismiss his action pursuant to Rule 41(a)(1) be granted. Plaintiff has not filed an objection. The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's Complaint [Dkt. # 4] is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Hon. Karen L. Strombom.

    DATED this 7th day of April, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1